NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD, | No. C 09-03141 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| U.S.D.C. Northern District of California, et al., | |
| Defendants. | (Docket No. 2) |

On July 10, 2009, Plaintiff, a state prisoner, filed the instant action seeking a writ of mandamus pursuant to 28 U.S.C. § 1651. On the same day, the clerk of the Court sent a notification to Plaintiff that his In Forma Pauperis Application was deficient because Plaintiff did not use the correct form and had failed to submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. The deadline has since passed, and Plaintiff has not paid the filing fee nor filed a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford03141_dism-ifpdef.wpd

1    The Clerk shall terminate any pending motions and close the file.

2    IT IS SO ORDERED.

4    DATED: 11/23/09

     _____
     JEREMY FOGEL
     United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford03141_dism-ifpdef.wpd       2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKEY L. ALFORD,

        Plaintiff,

  v.

U.S. DISTRICT COURT, et al.,

        Defendants.

Case Number: CV09-03141 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/30/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539

Dated: 11/30/09

Richard W. Wieking, Clerk